**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**JORGE SARDINAS,**

    **Plaintiff**,

v.      Case No: 6:20-cv-113-ORL-40EJK

**INFINITY AUTO INSURANCE COMPANY**,

    **Defendant**.

_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS  related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

A previously-filed related lawsuit is pending against Defendant Infinity Auto Insurance Company ("Infinity") before Judge Berger in the United States District Court for the Middle District of Florida, captioned *Junior v. Infinity Insurance Company*, No. 6:18-cv-1598-ORL-40-TBS (M.D.Fla. filed Sept. 25, 2018) ("*Junior*").  On January 27, 2020, Infinity filed with this Court an unopposed Motion to Transfer to Judge Berger pursuant to the "first-to-file" rule (Doc. 35).

_____ IS NOT  related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: February 7, 2020

  /s/ Scott A. Cole
Counsel of Record or *Pro Se* Party

Scott A. Cole
Florida Bar ID No. 885630
COLE, SCOTT & KISSANE, P.A.
9150 South Dadeland Boulevard
Suite 1400
Miami, Florida 33156
Scott.Cole@csklegal.com

Mark L. Hanover (*pro hac vice* to be submitted)
Kathleen V. Kinsella (*pro hac vice* to be submitted)
DENTONS US LLP
233 South Wacker Drive
Suite 5900
Chicago, Illinois 60606
Telephone:  (312) 876-8000
Email:  mark.hanover@dentons.com
kathleen.kinsella@dentons.com

*Attorneys for Infinity Auto Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2020, a true and correct copy of the foregoing was filed through CM/ECF and served upon all persons and entities registered and authorized to receive such service through the CM/ECF system.

BY:  /s/ Scott A. Cole
Scott A. Cole, Esquire